## Connell v. Cary.

APPEAL from Shelby Circuit Court.

Tried before the Hon. R. W. COBBS, Special Judge.

W. R. OLIVER, for appellant.

W. S. CARY, contra.

This was an action upon an account, brought by the appellee against the appellant, in which judgment was rendered for the plaintiff. The suit was commenced in a justice of the peace court, and was tried in the circuit court upon the removal thereto by a writ of *certiorari*. One of the errors assigned was that the cause was set down for trial on Tuesday, the second week of the term, and that the judgment by default, from which the appeal was taken, was rendered on Thursday of said week. It is held that this did not make the judgment erroneous. Another error assigned was that the complaint filed in the justice court was insufficient to support a judgment; but it is held that the complaint was sufficiently definite and certain, upon the authority of *Smith v. Dick*, 95 Ala. 311; *Martin v. Higgins*, 23 Ala. 775. The judgment in favor of the plaintiff is affirmed.

Opinion by HARALSON, J.

---

## Haggerty v. The State.

APPEAL from Elmore Circuit Court.

Tried before the Hon. N. D. DENSON.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted of grand larceny. The judgment of conviction is affirmed.

Opinion PER CURIAM.